IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cv-1749-APG-NJK |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT AGAINST DEFENDANT BRANDON A. JHUN** |
| BRANDON A. JHUN; ELSKE VAN HEMERT; LN MANAGEMENT LLC SERIES 7241 BROOK CREST; WELLS FARGO BANK, N.A., | |
| Defendants. | |

This matter comes before the Court on the joint motion for entry of stipulated judgment against Defendant BRANDON A. JHUN. Having considered the motion and good cause appearing, the motion is GRANTED.

JUDGMENT is hereby entered against BRANDON A. JHUN and in favor of the United States as follows:

A. Defendant BRANDON A. JHUN is indebted to the United States for the unpaid federal income tax liabilities for 2008, 2009, and 2010 in the amount of $45,513.15, plus statutory

interest and other statutory additions accruing from September 23, 2019 pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c), until paid in full;

B. Pursuant to 26 U.S.C. §§ 6321 and 6322, federal tax liens for the unpaid tax liabilities have arisen against and attached to all property and rights to property of Defendant BRANDON A. JHUN, including her interest in the real property commonly known as 7241 Brook Crest Avenue, Las Vegas, Nevada 89131, County Assessor Parcel Number 125-15-313-002; and fully described as:

> PARCEL ONE (1):
>
> LOT NINETEEN (19) IN BLOCK THREE (3) OF AMENDED PLAT OF A PORTION OF SALTCREEK, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 92 OF PLATS, PAGE 20, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
>
> PARCEL TWO (2):
>
> A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND TO THE ASSOCIATION PROPERTY AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR SALTCREEK A COMMON INTEREST COMMUNITY, RECORDED DECEMBER 16, 1999 IN BOOK 991216 AS DOCUMENT NO. 00827, AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE(1).

C. Each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: February 18, 2020.

_____
UNITED STATES DISTRICT JUDGE

2

Prepared and approved by:

Dated: February 7, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Boris Kukso*
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
Boris.kukso@usdoj.gov

*Attorneys for the United States*

Dated: 2-13-2020

BRANDON A. JHUN
5844 Aimless St.
Henderson NV 89011
702-493-3267