Alex L. Fugazzi
Nevada Bar No. 9022
Tanya N. Lewis
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
       tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>BRANDON A. JHUN; ELSKE VAN HEMERT; LN MANAGEMENT LLC SERIES 7241 BROOK CREST; WELLS FARGO BANK, N.A.,<br><br>            Defendants. | Case No. 2:19-cv-01749-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF WELLS FARGO BANK, N.A. WITH PREJUDICE** |

Pursuant to Local Rule 7-1 and 7-2 and Federal Rule 41(a)(2), Plaintiff United States of America ("United States"), Defendant LN Management LLC Series 7241 Brook Crest ("LN Management"), and Defendant Wells Fargo Bank, N.A. (Wells Fargo) [1] (collectively, the "Parties"), through their respective counsel, hereby stipulate and agree as follows:

1. This is a civil action brought by the United States, seeking, among other relief, to reduce to judgment the outstanding federal income tax assessments against BRANDON A. JHUN and ELSKE VAN HEMERT for tax years 2008-2010; and to foreclose federal tax liens on a

---

[1] Judgment was previously entered against Defendant Jhun on February 18, 2020. Judgment was previously entered against Defendant Van Hemert on February 28, 2020.

parcel of real property located in Clark County, commonly known as 7241 Brook Crest Avenue, Las Vegas, Nevada 89131, County Assessor Parcel Number 125-15-313-002 (the Real Property). The legal description of the property is:

> PARCEL ONE (1):
> LOT NINETEEN (19) IN BLOCK THREE (3) OF AMENDED PLAT OF A PORTION OF SALTCREEK, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 92 OF PLATS, PAGE 20, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
>
> PARCEL TWO (2):
> A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND TO THE ASSOCIATION PROPERTY AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR SALTCREEK A COMMON INTEREST COMMUNITY, RECORDED DECEMBER 16, 1999 IN BOOK 991216 AS DOCUMENT NO. 00827, AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE(1).

2. Wells Fargo was named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Real Property. In this lawsuit, the United States does not seek any monetary recovery from Wells Fargo.

3. Wells Fargo filed its answer on January 13, 2020. [ECF No. 14.]

4. Wells Fargo disclaims any interest in the Real Property or any funds that may be generated from the sale of the Real Property.

5. LN Management agrees to dismiss any claims it has or could have brought against Wells Fargo.

6. Each party is to bear its own costs and fees associated with this litigation.

WHEREFORE, the Parties hereby stipulate and request that the Court approve Wells Fargo's disclaimer of interest, and dismiss Wells Fargo from this action, with prejudice.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 8, 2020.

Dated this 8th day of May, 2020.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By: /s/ *Boris Kukso*
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 683
Washington DC 20044
202-353-1857
Boris.kukso@usdoj.gov

*Attorneys for the United States*

*(electronic signature affixed with permission)*

Dated this 8th day of May, 2020.

LAW OFFICES OF KERRY FAUGHNAN

By: /s/ *Kerry P. Faughnan*
Kerry P. Faughnan, Esq. (NV Bar No. 12204)
P.O. Box 335361
North Las Vegas, Nevada 89086

*Attorney for Defendant LN Management LLC Series 7241 Brook Crest*

*(electronic signature affixed with permission)*

Dated this 8th day of May, 2020.

SNELL & WILMER L.L.P.

By: /s/ *Tanya N. Lewis*
Amy F. Sorenson, Esq. (NV Bar No. 12495)
Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**ORDER**

IT IS SO ORDERED this _____ day of _____, 2020.

_____
ANDREW P. GORDON
United States District Court Judge